IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRONE JOE OLDELK,<br><br>Defendant. | CR-18-70-BLG-SPW-1<br><br>**ORDER** |

Defendant's Initial Appearance on Revocation of Supervised Release was conducted on June 10, 2020, and Defendant requested a Preliminary Hearing, which was set for June 16, 2020. (Doc. 26.) Defendant now moves the Court to vacate the preliminary hearing in this matter. (Doc. 31.)

Accordingly, IT IS ORDERED that the Preliminary Hearing set for June 16, 2020 at 2:00 p.m. is VACATED.

DATED this 15th day of June, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge